# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

January 28, 2018

**VIA FAX**
The Honorable Judge Kevin N. Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    **United States v. Sebastian Pinto-Thomaz**
               **18 Mag. 5432**

Honorable Judge Fox:

I write with the consent of Pretrial Services and the Government to respectfully request a modification of the bail conditions previously set in the above-captioned case.

Conditions were originally set for Mr. Pinto-Thomaz's release on July 26, 2018, which included, in relevant part, a travel restriction to the Southern and Eastern Districts of New York. Prior to his arrest in this case, Mr. Pinto-Thomaz had a trip planned to North Haven, Maine with his partner at her family home. With no objection from Pretrial Services or the Government, I write to request that the conditions of Mr. Pinto-Thomaz's bail be modified to allow him to travel to Maine from June 30th to July 9th. If granted, he will provide Pretrial Services with the address of the home where he will be staying and any other information they require.

Thank you for your consideration of this matter.

*[Handwritten: 6/29/18*
*Application granted.*
*SO ORDERED.*
*/s/ Kevin Nathaniel Fox]*

KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

/s/
Ian Marcus-Amelkin
Attorney for Mr. Pinto-Thomaz
52 Duane Street – 10th Floor
New York, NY 10007

SO ORDERED:

_____
HONORABLE KEVIN N. FOX

cc:    AUSA Christine Magdo (by email)
        USPTSO Miller (by email)

TOTAL P.002